IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY -6 2013

CLERK, U.S. DISTRICT COURT
By_____
      Deputy

| | | |
|---|---|---|
| BRENDA K. MICHLITSCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:12-CV-416-A |
| | § | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | § § § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Brenda K. Michlitsch is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security ("Commissioner"), is defendant. This is an action for judicial review of a final decision of Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under Title II of the Social Security Act, and supplemental security income under Title XVI of the Social Security Act. On April 18, 2013, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation that Commissioner's decisions be affirmed. The magistrate judge granted the parties until May 2, 2013, to file and serve objections, and no objections have been filed. After a thorough review of the file, the court adopts the

magistrate judge's proposed findings and conclusions and accepts the magistrate judge's recommendation.

Therefore,

The court ORDERS that the decisions of Commissioner that, based upon the applications filed on September 10, 2007, plaintiff is not entitled to a period of disability or disability insurance benefits under the Social Security Act, 42 U.S.C. §§ 416(i) and 423, respectively, and is not eligible for supplemental security income under the Social Security Act, 42 U.S.C. §§ 1382 and 1382c, be, and are hereby, affirmed.

SIGNED May 6, 2013.

_____
JOHN McBRYDE
United States District Judge